# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America )<br>v. )<br>Ibrahim Abdul-Alim Bin Hajj Yahya Abdul-Malik )<br> )<br> )<br> )<br> )<br>*Defendant(s)* | Case No.<br>25-MJ-4073-DHH |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2024__ in the county of _____ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1591(a)(1) | Sex Trafficking of Children |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

*James Smith*
*Complainant's signature*

James Smith, FBI TFO
*Printed name and title*

By telephone in accordance with Fed. R. Crim. P. 4.1
Sworn to before me ~~and signed in my presence.~~

Date: **Mar 5, 2025**

*[signature]*
*Judge's signature*

City and state: Boston, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*